JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Edgar Carrillo,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Mary Smyrniotis**, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>**Christos Smyrniotis**, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>**B & S Khulna Corporation**, a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 2:19-cv-08821-DSF-AGR<br><br>JUDGMENT |

Following the Court's grant of partial summary judgment and the Plaintiff's abandoning his remaining claims, JUDGMENT is entered in favor of Plaintiff Edgar Carrillo, and against Defendants Mary Smyrniotis, Christos Smyrniotis, and B & S Khulna Corporation.

Per Plaintiff's ADA claim, Defendant shall make the following changes or modifications in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the business presently located at or about 7421 Firestone Blvd., Downey, California:

1. Provide parking in compliance with relevant 2010 ADA Standards for Accessible Design.
2. Keep and maintain this feature as accessible at all times.

Per Plaintiff's Unruh Act claim, Plaintiff is awarded $4,000 in damages against Defendants Mary Smyrniotis and Christos Smyrniotis jointly and severally, and $4,000 in damages against Defendant B & S Khulna Corporation individually.

Plaintiff is a prevailing party and entitled to recovery of attorney fees and costs against Defendants, as allowable by the ADA, which shall be determined by noticed motion to the Court filed no later than 30 days from entry of judgment.

IT IS SO ORDERED.

DATED: April 14, 2021

                                            Honorable Dale S. Fischer
                                            UNITED STATES DISTRICT JUDGE

*Presented by*:
Christopher A. Seabock
(858) 375-7385
ChrisS@PotterHandy.com
Attorney for Plaintiff