CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, EDGARDO CARRILLO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO CARRILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>MARY SMYRNIOTIS, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>CHRISTOS SMYRNIOTIS, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>B & S KHULNA CORPORATION, a California Corporation; and Does 1-10,<br><br>            Defendants. | Case No.: 2:19-CV-08821-DSF-AGR<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

                                        CENTER FOR DISABILITY ACCESS

Dated: August 08, 2021        By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff