CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

LORRAINE ANDERSON (SBN: 100040)
Lorraine@Landersonlaw.com
2728 West 176th Street
Torrance, CA 90504
Telephone: (310) 515-1586
Facsimile: (310) 515 -1586
Attorneys for Defendants
Mary Smyrniotis, Christos Smyrniotis and B & S Khulna Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO CARRILLO,<br><br>      Plaintiff,<br><br>   v.<br><br>MARY SMYRNIOTIS, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>CHRISTOS SMYRNIOTIS, in individual and representative capacity as trustee of the Smyrniotis Living Trust;<br>B & S KHULNA CORPORATION, a California Corporation; and Does 1-10,<br><br>      Defendants. | Case: 2:19-CV-08821-DSF-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 13, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated:

By: _____
    Lorraine Anderson
    Attorneys for Defendants
    Mary Smyrniotis, Christos Smyrniotis
    and B & S Khulna Corporation

Joint Stipulation for Dismissal

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                   CENTER FOR DISABILITY ACCESS

By: _____
     Amanda Seabock
     Attorneys for Plaintiff

Dated: August 27, 2021

By: _____
     Lorraine Anderson
     Attorneys for Defendants
     Mary Smyrniotis, Christos Smyrniotis and B & S Khulna Corporation

**SIGNATURE CERTIFICATION**